No. 92–725. GODINEZ, WARDEN *v.* MORAN. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1033.] Motion for appointment of counsel granted, and it is ordered that Cal J. Potter III, Esq., of

Las Vegas, Nev., be appointed to serve as counsel for respondent in this case.